IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPEN NETWORK SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON, INC.,<br><br>Defendant. | Civil Action No. 1:14-cv-00618-SLR |
| OPEN NETWORK SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:14-cv-00621-SLR |

**MOTION TO DISMISS OF DEFENDANTS
AMAZON.COM, INC. AND MICROSOFT CORPORATION**

Defendants Amazon.com, Inc. and Microsoft Corporation (together, "Defendants") hereby respectfully move to dismiss the Complaints in these actions for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101.  The grounds for this motion are fully set forth in Defendants' accompanying opening brief.

                                                           ASHBY & GEDDES

                                                           */s/ Tiffany Geyer Lydon*

                                                           _____
                                                           Steven J. Balick (#2114)
                                                           Tiffany Geyer Lydon (#3950)
                                                           Andrew C. Mayo (#5207)
                                                           500 Delaware Avenue, 8th Floor
                                                           P.O. Box 1150
                                                           Wilmington, DE 19899
                                                          (302) 654-1888
                                                           sbalick@ashby-geddes.com
                                                           tlydon@ashby-geddes.com
                                                           amayo@ashby-geddes.com

                                                           Counsel for Defendants AMAZON.COM, INC. and
                                                           MICROSOFT CORPORATION

*Of Counsel:*

Michael J. Bettinger
Holly A. Hogan
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
michael.bettinger@klgates.com
holly.hogan@klgates.com

Christopher Centurelli
David A. Simons
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
christopher.centurelli@klgates.com
david.simons@klgates.com

September 25, 2014